ACCEPTED
14-14-00916-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/13/2015 2:29:54 PM
CHRISTOPHER PRINE
CLERK

## 14-14-00916-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/13/2015 2:29:54 PM

CHRISTOPHER A. PRINE
Clerk

───────◆───────

**No. 1426185**
In the 178th District Court
Of Harris County, Texas

───────◆───────

**EX PARTE VASTIE SHAKIRA COLEMAN**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

**APPELLANT'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLATE BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellant, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an

extension of time within which to file its appellate brief.   In support of his

motion, the appellant submits the following:

1.    Appellant is charged with the offense of Injury to a Child causing serious bodily injury.

2.    On November 3, 2014,  appellants application for writ of habeas corpus was denied.

3.    On November 3, 2014 appellant filed notice of appeal

4.    On January 22, 2015 this Court ordered appellant's appointed trial counsel, Jules L. Laird, to file a brief on behalf of appellant.

5.    On January 26, 2015, the trial court appointed the undersigned attorney as appellate counsel.

6.    Appellant's brief was due today,  February 13, 2015.

3. Appellant seeks an extension of time to file its brief until March 13, 2015.

4. This is appellant's first request for an extension in this case.

5. The following facts are relied upon to show good cause for the requested extension:

> a. Appellate counsel was recently appointed to this case on January 26, 2015 and needs additional time to apprise herself of the facts of the case and compose a brief.

8. The Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, Appellant prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Keisha Smith

**KEISHA LASHANNE SMITH**
Attorney for Appellant
708 Main Suite 790
Houston, Texas 77002
(713) 222-0733
(713) 222-0995
State Bar No. 24029841
Attorney for the Appellant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed via electronic filing service to the Assistant District Attorney representing the State of Texas on February 13, 2015.

/s/ Keisha Smith

**KEISHA LASHANNE SMITH**
Attorney for Appellant
708 Main Suite 790
Houston, Texas 77002
Telephone: (713) 984-4877
Fax: 713-222-0733
State Bar No. 24029841
Attorney for the Appellant